1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MICHAEL LONG, a single man, | No. |
|---|---|
| Plaintiff, | |
| vs. | |
| CITY OF SEATTLE, a Washington City, SEATTLE SECURITY INC., a Washington Corporation, BELLTOWN ENTERPRISES LLC, dba CLUB MEDUSA, and JOHN DOE OFFICERS 1-4 and JANE DOE OFFICERS 1-4, and the marital communities composed thereof, | COMPLAINT FOR DAMAGES |
| Defendants. | |

Plaintiff, Michael Long, a single man, by and through his attorney, D. Michael Tomkins, alleges the following:

**1.    Jurisdiction and Venue**

The incidents, which are the subject of this Complaint for Damages, occurred on or about August 21, 2004, at a parking lot adjacent to Club Medusa, a nightclub located at or near

LAW OFFICES OF
**D. Michael Tomkins, P.S.**
8420 Dayton Avenue North
Seattle, WA 98103
Tel. No. (206) 547-1000
Fax No. (206) 297-5990

the 2200 block of Western Avenue, Seattle, King County, Washington.  This Court has jurisdiction over the subject matter hereof and parties hereto.  Venue is proper in United States District Court, Western District of Washington, at Seattle, pursuant to 28 U.S.C. § 1391 and the above-named Court has jurisdiction pursuant to 28 U.S.C. § 1331.

## 2. Parties

At all times material hereto, Plaintiff Michael Long was a single man, residing in King County, Washington.

At all times material hereto, Defendant City of Seattle, was a municipality who hired, trained, and supervised four police officers who were involved in the events made the subject of this lawsuit.

At all times material hereto, Defendant Belltown Enterprises LLC was a Washington Limited Liability Company, doing business as Club Medusa.

At all times material hereto, Seattle Security Inc. was a Washington Corporation, and provided police services as an independent contractor of the defendant Belltown Enterprises LLC.

At all times material hereto, Defendants John Doe Offiers 1-4 were acting for the benefit of their marital communities.  All liabilities of Defendants John Doe Officers 1-4 are, in addition, liabilities of the marital communities comprised of themselves and Jane Doe Officers 1-4.

All liabilities of Defendants John Doe Officers 1-4 are in addition the liabilities of Defendant City of Seattle pursuant to the doctrine of *respondeat superior*.

LAW OFFICES OF
**D. Michael Tomkins, P.S.**
8420 Dayton Avenue North
Seattle, WA 98103
Tel. No. (206) 547-1000
Fax No. (206) 297-5990

**3.      Facts of Incidents Giving Rise to Complaint for Damages**

On or about Monday, August 21, 2004, at approximately 3:00 a.m, Plaintiff was in a parking lot at Club Medusa.

John Doe Officers 1-4 were present at the scene as employees of Seattle Security Inc., hired by Belltown Enterprises LLC to provide security for Club Medusa and the surrounding areas, in spite of a prohibition against off-duty officers working at establishments that sell liquor.

Plaintiff and Leroy Cummings engaged in a loud, long, heated argument in the parking lot next to Club Medusa in full view and hearing of John Doe Officers 1-4.

Leroy Cummings shot Plaintiff with a handgun, and the shot further traveled through Plaintiff into the body of another man nearby.

Plaintiff is now permanently disabled and a paraplegic as a result of this shooting.

**4.      Liability and Damages**

A.    First Cause of Action:  Negligence

Defendants John Doe Officers 1-4 had a duty to perform police duties, in spite of being hired in an off-duty private capacity, and would have had such duty even if they were not in uniform.  Defendants John Doe Officers 1-4 breached that duty when they observed the loud, long, heated argument between Plaintiff and Leroy Cummings, which included threats of violence, were in a position to prevent such violence, and failed to take any action to prevent such violence, thereby creating the hazardous condition that led to Plaintiff's damages.

LAW OFFICES OF
**D. Michael Tomkins, P.S.**
8420 Dayton Avenue North
Seattle, WA 98103
Tel. No. (206) 547-1000
Fax No. (206) 297-5990

This failure to act caused and proximately caused severe damages to Plaintiff, including physical pain, suffering, and permanent disability as well as emotional distress and anxiety, all of which has resulted in general damages for pain and suffering in an amount to be proven at time of trial and medical expenses which are ongoing. Plaintiff sustained a gunshot wound, permanent paralysis, and other injuries.

Defendants Belltown Enterprises LLC, Seattle Security Inc., and the City of Seattle are therefore vicariously liable for this negligence by virtue of the doctrine of respondeat superior.

B.  Second Cause of Action:  Violation of Title 42 U.S.C. §1983

Defendants John Does 1-4 wrongfully deprived Plaintiff of his federally guaranteed Constitutional and other legal rights in violation of 42 U.S.C. § 1983 by actions, including, but not limited to, failing to police in a dangerous situation and creating the hazard that resulted in Plaintiff's shooting. As a direct and proximate result of Defendants' deprivation of Plaintiff's federally guaranteed Constitutional and other legal rights, Plaintiff sustained injuries thereby resulting in physical pain, suffering, and permanent disability as well as emotional distress and anxiety, all of which has resulted in general damages for pain and suffering in an amount to be proven at time of trial and medical expenses which are ongoing. Plaintiff sustained a gunshot wound, permanent paralysis, and other injuries.

LAW OFFICES OF
**D. Michael Tomkins, P.S.**
8420 Dayton Avenue North
Seattle, WA 98103
Tel. No. (206) 547-1000
Fax No. (206) 297-5990

C. <u>Second Cause of Action: Negligent Hiring, Supervision, and Retention</u>

Plaintiff, upon information and belief, alleges that Defendant City of Seattle failed to adequately enforce its own regulations concerning the work of off-duty officers. Plaintiff believes Defendants John Doe Officers 1-4 conducted themselves in inappropriate fashion in the past, violating standards promulgated by their employers, the City of Seattle and Seattle Security Inc., and that the City of Seattle knew or should have known of the Defendants' continued unlawful conduct.

Plaintiff further alleges that Defendant City of Seattle failed to reprimand, sanction, or in any way, appropriately supervise and rectify the unlawful conduct of Defendants John Doe Officers 1-4, or to adequately confirm that Defendant Seattle Security Inc. was an actual Washington Corporation. Had Defendant King County properly supervised Defendants John Doe Officers 1-4, it would have determined that Defendants were unsuitable for police work and should have taken steps to rectify their unlawful conduct, including, but not limited to, discharging them from the police force. Had Defendant King County not negligently supervised and retained Defendants John Doe Officers 1-4, and had it enforced its own regulations concerning off-duty officers, Plaintiff would not have suffered injuries resulting in physical pain, suffering, and permanent disability as well as emotional distress and anxiety, all of which has resulted in general damages for pain and suffering in an amount to be proven at time of trial and medical expenses which are ongoing.

LAW OFFICES OF
**D. Michael Tomkins, P.S.**
8420 Dayton Avenue North
Seattle, WA 98103
Tel. No. (206) 547-1000
Fax No. (206) 297-5990

**Prayer for Relief**

Wherefore, Plaintiff Michael Long prays for judgment against Defendants and each of them and all of them as follows:

1. For an Order of the Court for general damages for physical pain and suffering and emotional distress and anxiety, past, present, and future;

2. For an Order of the Court for special damages of past, present, and future medical care and treatment;

3. For an Order of the Court for reasonable attorney fees pursuant to 42 U.S.C. § 1983 and other applicable law;

4. For an Order of the Court for punitive damages pursuant to 42 U.S.C. § 1983 and other applicable federal and state law;

5. For an Order of the Court for costs and disbursements to be taxed herein; and,

6. For such other and further relief as the Court may deem just and equitable.

Dated this _____ day of October, 2005.

/s/

_____
D. Michael Tomkins, WSBA #4979
Attorney for Plaintiff

LAW OFFICES OF
**D. Michael Tomkins, P.S.**
8420 Dayton Avenue North
Seattle, WA 98103
Tel. No. (206) 547-1000
Fax No. (206) 297-5990