UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL LONG,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF SEATTLE; BELLTOWN ENTERPRISES LLC, dba CLUB MEDUSA; BELLTOWN BUSINESS ASSOCIATION; OFFICERS CHAD L. McLAUGHIN, JASON BENDER, DUSTIN AY, and DAVID HOCKETT; and JANE DOE SPOUSES,<br><br>        Defendants. | Case No. C05-1664P<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF MICHAEL LONG , and on behalf of DEFENDANTS in the amount of $2,490.00 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  ATTORNEY FEES | $20.00 | 0 | $20.00 |
| II.  TRANSCRIPT COSTS | $2,280.00 | 0 | $2,280.00 |

Clerk allowed costs for entire transcript, portions of which were referred to by counsel in their summary judgment motion.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. COPYING COSTS | $760.83 | $570.83 | $190.00 |

General copying costs are not taxable. Clerk allowed 20% of requested costs, representing the portion of copying directly associated with the pleadings filed in the case.

Dated this ___14th___ day of MARCH, 2007 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2